McGREGOR W. SCOTT
United States Attorney
ADA E. BOSQUE
Department of Justice
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (202) 514-0179

Attorneys for Defendants

## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| PARAMJIT SINGH SAINI, | ) | No. 2:07-cv-00601-MCE-KJM |
| Plaintiff, | ) | |
| v. | ) | MOTION FOR LEAVE TO APPEAR TELEPHONICALLY |
| U.S. Citizenship and Immigration Services, et al., | ) | |
| Defendants. | ) | |

## MOTION TO APPEAR TELEPHONICALLY

On August 9, 2007, defendants' counsel, Ada E. Bosque, noticed a motion to dismiss the above-captioned proceedings. A hearing on defendants' motion is scheduled for October 12, 2007, at 9:00 am. As defendants' counsel is stationed in Washington, DC, and as no opposition to defendants' motion to dismiss has been filed,[1] defendants' counsel respectfully requests leave to appear telephonically. If this motion is granted, defendants' counsel, Ada E. Bosque, can be reached at (202) 514-0179.

Respectfully Submitted,

McGREGOR W. SCOTT
United States Attorney

Date:   October 2, 2007                By:   __/s/ Ada E. Bosque_____
                                       Ada E. Bosque
                                       Department of Justice

---

[1] Under the Rules of this Court, any response to defendants' motion to dismiss was due at least 14 days prior to the scheduled hearing date. EDCA Rule 78-230(c).

-1-

**ORDER**

Based on defendants' motion for leave to appear telephonically at the October 12, 2007 hearing on defendants' motion to dismiss and for good cause, this Court:

GRANTS defendants' counsel, Ada E. Bosque, leave to appear telephonically; and

ORDERS defendants' counsel, Ada E. Bosque, to appear, telephonically, at (202) 514-0179, beginning at 9:00 am on October 12, 2007, to proceed with defendants' motion to dismiss.

IT IS SO ORDERED.


 Dated:  October 3, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE