```
Robert B. Jobe (Cal. State Bar #133089)
LAW OFFICE OF ROBERT B. JOBE
550 Kearny St., Ste. 200
San Francisco, CA 94108
Tel:   (415) 956-5513
Fax:   (415) 840-0308
Email: bob@jobelaw.com
```

Attorney for Plaintiff.

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PARAMJIT SINGH SAINI,<br><br>    Plaintiff,<br><br>v.<br><br>U.S. CITIZENSHIP AND IMMIGRATION SERVICES, ET AL.,<br><br>    Defendants. | No. 2:07-cv-00601-MCE-KJM<br><br>**STIPULATION TO CONTINUE HEARING DATE; ORDER**<br><br>Date:  October 12, 2007<br>Time:  9:00 a.m.<br>Honorable Morrison C. England |

      Plaintiff, by and through his attorney of record, and Defendants, by and their attorneys of record, hereby stipulate, subject to the approval of the Court, to continue the hearing date on Defendants' Motion to Dismiss, currently scheduled on October 12, 2007 at 9:00 a.m., on the following grounds:

      1.    Defendants filed a Motion to Dismiss for Lack of Jurisdiction on August 9, 2007. The motion was noticed for a hearing on October 12, 2007 at 9:00 a.m.

      2.    Due to an unusual clerical error, the hearing date was not calendared by Plaintiff's counsel's office.  Upon receiving Defendants' Motion for Leave to Appear Telephonically this morning, counsel for Plaintiff realized the error and immediately contacted opposing counsel. Defendants' counsel indicated no opposition to resetting the hearing date.

      3.    Accordingly, the parties respectfully request that, pursuant to their stipulation, the Court reset the motion hearing date as follows:

| | |
|---|---|
| Plaintiff's Opposition to Defendants' Motion to Dismiss: | November 14, 2007 |
| Motion Hearing: | December 14, 2007, at 9:00 a.m. |

DATED:     October 9, 2007                    Respectfully submitted,

                                                /s/ Robert B. Jobe
                                                ROBERT B. JOBE[1]
                                                Law Office of Robert B. Jobe
                                                Attorney for Plaintiffs

DATED:     October 9, 2007                    MCGREGOR W. SCOTT
                                                United States Attorney

                                                /s/ Ada E. Bosque

                                                ADA E. BOSQUE
                                                Assistant United States Attorney
                                                Attorneys for Defendants

## ORDER

Pursuant to stipulation, IT IS HEREBY ORDERED that the motion hearing dates are continued and reset as follows:

Plaintiff's Opposition to Defendants' Motion to Dismiss:  November 14, 2007

Motion Hearing:  December 7, 2007 at 9:00 a.m. in Courtroom 3.

IT IS SO ORDERED.

Dated:  October 9, 2007

                                                MORRISON C. ENGLAND, JR.
                                                UNITED STATES DISTRICT JUDGE

---

[1] I, Robert B. Jobe, attest that both Ada E. Bosque and I have signed this document.

2