McGREGOR W. SCOTT
United States Attorney
ADA E. BOSQUE
Department of Justice
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (202) 514-0179

Attorneys for Defendants

# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PARAMJIT SINGH SAINI,<br><br>    Plaintiff,<br><br>  v.<br><br>U.S. Citizenship and Immigration Services, *et al*.<br><br>    Defendants. | No. 2:07-CV-00601-MCE-KJM<br><br>MOTION FOR LEAVE TO APPEAR TELEPHONICALLY |

On August 9, 2007, defendants noticed a motion to dismiss. On November 14, 2007, plaintiff filed his opposition. A hearing on defendants' motion is scheduled for December 7, 2007, at 9:00 am. Because defendants' counsel is stationed in Washington, DC, she respectfully requests leave to appear telephonically. If this motion is granted, defendants' counsel, Ada E. Bosque, can be reached at (202) 514-0179.

                                                                                                                            Respectfully Submitted,

                                                                                                                             McGREGOR W. SCOTT
                                                                                                                             United States Attorney

Date: November 20, 2007                By:   /s/ Ada E. Bosque_____
                                                                                                                           Ada E. Bosque
                                                                                                                           Department of Justice

**1**                                         **ORDER**

**2**     Based on defendants' motion for leave to appear telephonically at the December 7, 2007

**3** hearing on defendants' motion to dismiss and for good cause, this Court

**4**     GRANTS defendants' counsel, Ada E. Bosque, leave to appear telephonically; and

**5**     ORDERS defendants' counsel, Ada E. Bosque, to appear, telephonically, at (202) 514-0179,

**6** beginning at 9:00 am on December 7, 2007, to proceed with defendants' motion to dismiss.

**7**     IT IS SO ORDERED.

**8**  Dated:  November 28, 2007

**9**

**10**                                   MORRISON C. ENGLAND, JR.

**11**                                   UNITED STATES DISTRICT JUDGE

**12**

**13**

**14**

**15**

**16**

**17**

**18**

**19**

**20**

**21**

**22**

**23**

**24**

**25**

**26**

**27**

**28**