Robert B. Jobe (Cal. State Bar #133089)
LAW OFFICE OF ROBERT B. JOBE
550 Kearny St., Ste. 200
San Francisco, CA 94108
Tel:    (415) 956-5513
Fax:    (415) 840-0308
Email: bob@jobelaw.com

Attorney for Plaintiff.

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PARAMJIT SINGH SAINI,<br><br>    Plaintiff,<br><br>    v.<br><br>U.S. CITIZENSHIP AND IMMIGRATION SERVICES, ET AL.,<br><br>    Defendants. | No.  2:07-CV-00601-MCE-KJM<br><br>**MOTION FOR LEAVE TO APPEAR TELEPHONICALLY; ORDER**<br><br>Date:   December 7, 2007<br>Time:  9:00 a.m.<br>Honorable Morrison C. England |

    Plaintiff's undersigned counsel respectfully requests leave to appear telephonically at a hearing on defendants' motion to dismiss.  On August 9, 2007, defendants noticed a motion to dismiss. On November 14, 2007, plaintiff filed his opposition.   A hearing on defendants' motion is scheduled for December 7, 2007, at 9:00 am. Because plaintiff's counsel is located in San Francisco, California, he respectfully requests leave to appear telephonically.  If this motion is granted, plaintiff's counsel can be reached at (415) 956-5513 x108.

DATED:        November 28, 2007              Respectfully submitted,


                                              /s/ Robert B. Jobe
                                             _____
                                             ROBERT B. JOBE
                                             Law Office of Robert B. Jobe
                                             Attorney for Plaintiff

1

**ORDER**

2

3        Plaintiff's motion for leave for counsel to appear telephonically at the December 7, 2007

hearing on Defendants' motion to dismiss is hereby GRANTED.

4        IT IS SO ORDERED

5

6     Dated:  November 28, 2007

7

8                                                    _____
                                                     MORRISON C. ENGLAND, JR.
9                                                    UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28    Motion for Leave to Appear Telephonically; [Proposed] Order
      No. 07-S-CV-601-MCE-KJM                    2