Robert B. Jobe (Cal. State Bar #133089)
LAW OFFICE OF ROBERT B. JOBE
550 Kearny Street, Ste. 200
San Francisco, CA 94108
Tel:   (415) 956-5513
Fax:   (415) 956-0850
Email: bob@jobelaw.com

Attorney for Plaintiff.

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PARAMJIT SINGH SAINI,<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>U.S. CITIZENSHIP AND IMMIGRATION SERVICES ET AL.,<br><br>　　　Defendants. | No.   2:07-cv-00601-MCE-KJM<br><br>ORDER |

IT IS HEREBY ORDERED that Plaintiff's motion for dismissal of the action without prejudice be granted.

Dated:  March 26, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

[Proposed] Order